IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHNATHAN E. HARLESTON PLAINTIFF

v. Civil No. 2:26-CV-02102-MEF

FRANK BISIGNANO, Commissioner,
Social Security Administration DEFENDANT

**JUDGMENT**

For reasons stated in the memorandum opinion filed in this matter on this date, the Court concludes that the Commissioner's decision denying Plaintiff's application supplemental security income is not supported by substantial evidence and should be reversed and remanded for further consideration pursuant to sentence four of 42 U.S.C. § 405(g). **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" *i.e.*, 30 days after the 60-day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

IT IS SO ORDERED AND ADJUDGED this 13th day of November 2026.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE